B. 14-716 CV

ACCEPTED
13-14-00716-cv
THIRTEENTH COURT OF APPEAL
CORPUS CHRISTI, TEXAS
1/13/2015 9:21:08 PM
DORIAN RAMIREZ
CLERK

NOTICE: THIS FORM CONTAINS SENSITIVE DATA.

Cause Number: _____
*(The Clerk's office will fill in the Cause Number when you file this form.)*

Petitioner/
Plaintiff _____

In the *(check one)*:

(Court Number)
☐ District Court
☐ County Court at Law
☐ Justice of the Peace

Respondent/
Defendant _____          *County, Texas*
(County)

## Affidavit of Indigency
*(Request to Not Pay Court Fees)*

Use this form to ask the court not to charge you for court fees. This form is also called an "Affidavit of Inability to Pay Court Costs" or a "Pauper's Oath." You can only use this form if: (1) you get public benefits because you are poor or (2) you can't pay court fees. The information you give on this form must be current, complete, true and correct.

You must either 1) sign this form in front of a notary public or 2) sign this form and sign and attach a completed "Unsworn Declaration" form. By signing in front of a notary, you *swear under oath* that the information provided is true and correct. By signing and attaching an "Unsworn Declaration" form, you *declare under penalty of perjury* that the information provided is true and correct.

**You can be prosecuted if you lie on this form.**

The court may or may not approve this request to not pay court fees. The court may order you to answer questions about your finances at a hearing. At that hearing you will have to present evidence to the judge of your income and expenses to prove that you have no ability to pay court fees.

① **The person who signed this affidavit appeared, in person, before me, the undersigned notary, and stated under oath:**

"My name is __VICTOR QUIJANO__          My phone number is ( 9565422542

"My mailing address is . __35 CUBA ST__

"My email address is __TARPEST@HOTMAIL.COM__

"I am above the age of eighteen (18) years, and I am fully competent to make this affidavit. I am unable to pay court costs. The nature and amount of my income, resources, debts, and expenses are described in this form.
*Check ALL boxes that apply and fill in the blanks describing the amounts and sources of your income.*

② "I receive these **public benefits/government entitlements** that are based on indigency:
☐ SSI   ☐ WIC   ☒ Food Stamps/SNAP   ☐ TANF   ☒ Medicaid   ☐ CHIP   ☐ AABD
☐ Needs-based VA Pension   ☐ County Assistance, County Health Care, or General Assistance (GA)
☐ LIS in Medicare ("Extra Help")   ☐ Community Care via DADS   ☐ Low-Income Energy Assistance
☐ Emergency Assistance   ☐ Child Care Assistance under Child Care and Development Block Grant
☐ Public Housing   ☐ Other: *(Describe)* _____
*If you receive any of the above public benefits, attach proof and label it "Exhibit: Proof of Public Benefits"*

③ "My **income sources** are stated below. *(Check all that apply)*
☐ Unemployed since: *(date)* _____   -or-
☒ Wages: I work as a   __SELF EMPLOYED__   for   __SELF EMPLOYED__
             *Your job title*                        *Your employer*

☐ Child/spousal support ☐ My spouse's income or income from another member of my household *(if available)*
☐ Tips, bonuses ☐ Military Housing ☐ Worker's Comp ☐ Disability ☐ Unemployment ☐ Social Security
☐ Retirement/Pension ☐ Dividends, interest, royalties ☐ 2nd job or other income: _____
                                                                                                    *(describe)*

④ "My **income amounts** are stated below.

| | | |
|---|---|---|
| (a) My monthly net income *after taxes* are taken out is: | Total income *after taxes* → | $ 1,600 |
| (b) The amount I receive each month in public benefits is: | Total amount received → | + $ 0 |
| (c) The amount of income from other people in my household is:* | Total amount received → | + $ 0 |
| (d) The amount I receive each month from other sources is: | Total amount received → | + $ 0 |
| (e) My TOTAL monthly income is | Add all sources of income above → | = $ 1,600 |

*List this income only if other members contribute to your household income.

Page 1 of 2

© TexasLawHelp.org - *Affidavit of Indigency*, February 2014

⑤ About my **dependents**: "The people who depend on me financially are listed below:

| | Name | Age | Relationship to Me |
|---|---|---|---|
| 1 | MARIA AMAYA | 53 | WIFE |
| 2 | ESTEFANIA QUIJANO | 24 | DAUGHTER |
| 3 | JESUS QUIJANO | 19 | SON |
| 4 | JUAN QUIJANO | 17 | SON |
| 5 | ANA QUIJANO | 15 | DAUGHTER |
| 6 | | | |

| ⑥ "My **property** includes: | Value* | ⑦"My monthly **expenses** are: | Amount |
|---|---|---|---|
| Cash | $ 150 | Rent/house payments/maintenance | $ 689 |
| Bank accounts, other financial assets *(List)* | | Food and household supplies | $ 600 |
| | $ 0 | Utilities and telephone | $ 250 |
| | $ | Clothing and laundry | $ 0 |
| | $ | Medical and dental expenses | $ 0 |
| Vehicles (cars, boats) *(List make and year)* | | Insurance (life, health, auto, etc) | $ 0 |
| WINDSTAR 98 | $ 1500 | School and child care | $ 0 |
| | $ | Vehicle payments | $ 0 |
| | | Gas, bus fare, auto repair | $ 80 |
| | $ | Child / spousal support | $ 0 |
| Real estate (house or land) *(Do not list the house you live in.)* | | Wages withheld by court order | $ 0 |
| | $ 0 | Debt payments | $ 0 |
| | $ | Other expenses *(Describe)* | $ 0 |
| Other property (like jewelry, stocks, etc.) *(Describe)* | | | $ |
| | $ 0 | | $ |
| | $ 0 | | $ |

Total value of property → = $ 1650          Total monthly Expenses → = $ 1,619 00

*The value is the amount the item would sell for less the amount you still owe on it (if anything).

⑧ "My **debts** include: *List debt and amount owed.*    n/a

_____

_____

*To list any other facts you want the court to know, such as unusual medical expenses, family emergencies, etc., attach another page to this form and label it "Exhibit: Additional Supporting Facts." Check here if you attach another page.* ☐

⑨x **"I am unable to pay court costs. I verify that the statements made in this affidavit are true and correct."**

⑩ **Your Signature.** *You must either: 1) sign this form in front of a notary public or 2) sign this form and sign and attach a completed "Unsworn Declaration" form.*

▶ _____          \13\15

Your Signature          Date

| *Notary fills out this section if you are signing in front of a notary.* | |
|---|---|
| State of Texas County of Cameron *Print the name of county where this Affidavit is notarized.* | Notary stamp here |

Sworn to and subscribed before me today, 1/13/15 , by Victor Manuel Quijano.

▶ _____
Notary's Signature

*Date*          *Print name of person who is signing this Affidavit. NOT the notary's name.*

LINDA CASTRO
My Commission Expires
March 31, 2018

© TexasLawHelp.org - Affidavit of Indigency, February 2014